Sherry A. FREELS, Claimant–Appellant,

v.

SHONEY'S, INC., Employer–Respondent.

No. WD 45541.

Missouri Court of Appeals, Western District.

June 21, 1992.

Glen Edward Easley, Columbia, for appellant.

Maria W. Campbell, Columbia, for respondent.

Before LOWENSTEIN, C.J., and BERREY and HANNA, JJ.

ORDER

PER CURIAM:

From a final award of the Labor and Industrial Relations Commission denying compensation the claimant appeals. Judgment affirmed. Rule 84.16(b).